UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **Mizzou Students for Justice in Palestine**,<br><br>　　Plaintiff,<br><br>　v.<br><br>**Dr. Mun Y. Choi,** President of the University of Missouri School System and Chancellor of the University of Missouri, in his individual and official capacity,<br><br><br><br>　　Defendants. | **COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND DAMAGES**<br><br>**JURY TRIAL DEMANDED**<br><br>**Case No.**<br>**Hon.** |

**COMPLAINT**

**INTRODUCTION**

1. Mizzou Students for Justice in Palestine ("MSJP") brings this lawsuit to challenge the University of Missouri's ("the University") unconstitutional decision to exclude MSJP from the University's annual Homecoming Parade because of the student group's views about Palestine and Israel. Dr. Mun Choi—chancellor of the University—took this action against MSJP last year and is set to repeat the violation again this year only because of the pro-Palestine views the student group expresses.

2. Since October 2023, MSJP has organized to express its opposition to Israel's ongoing genocide of Palestinians in Gaza.

3. MSJP has organized protests, sit-ins, educational events, and marches. Hundreds of students have attended these events.

1

4. MSJP has organized these events—dozens of them—without ever being cited for a violation of the University's rules.

5. Still, after the University's Alumni Association approved MSJP's application to participate in the Homecoming Parade in 2024, Dr. Mun Choi overrode that decision and intervened to personally deny MSJP's application to participate in the parade.

6. Chancellor Choi's reason for excluding MSJP from the 2024 Homecoming Parade was not the student group's own conduct, which was at all times consistent with university rules and norms. Rather Chancellor Choi denied MSJP a role in the parade because of the perceived misconduct of other students at other universities.

7. Having violated MSJP's free speech rights so clearly in 2024, the University has now developed a parade policy for this fall's Homecoming Parade that will allow Chancellor Choi to repeat its past violation and exclude MSJP once again on the basis of the views the student group expresses.

8. Chancellor Choi's decision to block MSJP's participation at the Homecoming Parade and the University's subsequent decision to filter expression at the 2025 Homecoming Parade offend the heart of the Free Speech Clause of the First Amendment, which protects against viewpoint-based and content-based restrictions.

9. For these reasons, the Court must declare that MSJP's exclusion from the Homecoming Parade was unconstitutional, enjoin the University from prohibiting MSJP to participate in the 2025 Homecoming Parade under its new policy, and award MSJP damages.

## PARTIES

10. Plaintiff Mizzou Students for Justice in Palestine is a registered student organization at the University of Missouri. As a registered student organization, MSJP can reserve space

on campus, receive and raise funds, and otherwise participate as other student organizations do in student life at the University of Missouri.

11. Defendant Dr. Mun Choi is the President of the University of Missouri System and Chancellor of the University of Missouri. Chancellor Choi personally denied MSJP's application to participate in the 2024 Homecoming Parade. Additionally, as Chancellor, Chancellor Choi is charged with "ultimate approval" over the 2025 Homecoming Parade.[1] He is being sued in his individual and official capacity.

## JURISDICTION AND VENUE

12. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1343 because this action arises under the First and Fourteenth Amendments to the United States Constitution, and under 42 U.S.C. § 1983.

13. Venue in this district is proper pursuant to 28 U.S.C. § 1391(b) and 1391(e) because the acts and injuries alleged occurred in and continue to occur in this judicial district.

## Factual Allegations

The University of Missouri's Annual Homecoming Parade

14. For decades, university students have been at the forefront of civil rights movements, calling attention to government-sponsored injustices both domestically and abroad.

15. University students have led popular movements like efforts against the Vietnam War, racial segregation, and gender discrimination.

---

[1] Homecoming Parade Policy, at https://www.mizzou.com/s/1002/images/gid1001/editor_documents/Homecoming/2025/homecoming_parade_policy_2.pdf?gid=1001&pgid=61.

16. Student protests are a storied part of University of Missouri's history and traditions. Students at the University of Missouri are no strangers to these civil rights movements, often organizing on-campus actions for national movements like the Black Lives Matter movement.

17. The University celebrates student civil rights activism of yore, recognizing sit-ins at the University of Missouri going back as far as 1958.[2]

18. The University of Missouri has hosted an annual homecoming celebration for over 100 years. The University's Homecoming Parade is one of the oldest homecoming traditions in the country, with some even touting it as the very first homecoming tradition by an American university.[3]

19. The Homecoming Parade has long been a place for the expression of political and social messages, including ones widely considered controversial or offensive.

20. The Homecoming Parade has welcomed political campaigns and activist groups of all kinds, including many that people would find controversial or offensive.

21. Applications for the 2024 Homecoming Parade opened on July 1, 2024.

22. Applications opened to three categories of potential participants, Community Organizations, Political Organizations, and Student Organizations.

23. Community Organizations and Political Organizations were required to pay after submitting their applications while Student Organizations could participate for free.

24. On its application website, the Mizzou Alumni Association notes that, in case demand for participation is higher than the available space, priority for participation would be given to student groups.

---

[2] Mary Beth Brown, *The Long History of Civil Rights Activism at Mizzou*, University of Misouri, College of Arts and Science, History (July 17, 2020), at https://history.missouri.edu/node/148.
[3] Stephanie Detillier, *Did Mizzou really invent Homecoming? That depends on your definition of Homecoming*, Mizzou Alumni Association Website, at https://www.mizzou.com/s/1002/alumni/19/interior.aspx?pgid=569.

4

MSJP Applies and is Approved to be in the Homecoming Parade

25. Mizzou Students for Justice in Palestine ("MSJP") is an organization dedicated to Palestine advocacy on the University of Missouri's campus.

26. MSJP's mission is to raise awareness on campus of the historical and ongoing injustices committed against Palestinians.

27. MSJP seeks to educate the Mizzou community and advocate for justice, human rights, liberation, and the self-determination of the Palestinian people.

28. MSJP is an independent student organization, with no oversight or direction provided by any organizations internal or external to the University.

29. With input from student members at the University of Missouri, the MSJP executive board determines MSJP's strategic objectives and plans MSJP's events and meetings.

30. MSJP's activity on campus increased significantly after Israel started its ongoing genocide[4] of Palestinians in Gaza in October 2023.

31. By the University's own admission, MSJP has organized "dozens of public events" since October 2023, including marches, lectures, and panel discussions.[5]

32. In these dozens of events, MSJP has never been cited for any violation of the University's rules.

33. In fact, University President Dr. Mun Choi has repeatedly spoken highly of MSJP including, on one occasion, referring to MSJP as a "model" student organization with "model" leadership in contrast, he believed, to other student groups around the country.

---

[4] Julia Conley, *Even Once Reluctant Scholars Now Agree on Israel's Gaza Assault: It's a Genocide*, *Common Dreams* (June 2025).
[5] Jonas Wall, *Palestinian Student Group Looks for Allies After Parade Dust-up*, KBIA (Oct. 25, 2024), http://kbia.org/kbia-news/2024-10-25/palestinian-student-group-looks-for-allies-after-parade-dustup.

34. In late July or early August of 2024, MSJP leadership met to plan their Fall 2024 semester.

35. For the first time, MSJP applied to participate in the University's annual Homecoming Parade.

36. MSJP planned to participate in the parade both to exhibit Palestinian culture and to display calls for a ceasefire in Gaza.

37. As part of its cultural display, MSJP intended to perform Dabke, a traditional Palestinian dance, and to hand out Palestinian sweets and treats.

38. On August 3, 2024, MSJP received an email from the Mizzou Alumni Association confirming receipt of its application for the Homecoming Parade.

39. On September 10, 2024, Faith Hernandez of the 2024 Parade Committee sent an email to MSJP leadership to clarify what vehicles MSJP would be using in the parade.

40. Ms. Hernandez concluded the questions in the September 10 email with "[w]e are so excited to have your organization be a part of such a special Mizzou tradition!"

41. In response, a MSJP leader stated "[W]e are confirmed for the decorated truck, one motorcycle, and 25 people with banners! Let me know if you have any other questions [smiley emoji]."

42. Given Ms. Hernandez's email and her position on the 2024 Parade Committee, MSJP understood that their application to participate in the parade had been approved.

43. In reliance on this acceptance, MSJP spent significant time and resources preparing for the Homecoming Parade.

44. One MSJP leader spent hours over multiple weeks choreographing the Dabke routine, then gathering with other performers to practice.

6

45. MSJP—using funds from their self-funded student account—purchased four Palestinian flags and multiple banners they intended to use in the parade.

46. MSJP also purchased multiple banners with the Palestinian flag they planned to decorate and write messages on for the parade.

47. MSJP board members solicited donations from a person who made Palestine-themed bracelets to use for the parade.

48. On September 17, 2024, MSJP received an email from the Homecoming Steering Committee informing them of a "required meeting" on October 15th.

49. The Homecoming Steering Committee sent this email to every approved participant for the Homecoming Parade, further affirming that MSJP's application to participate had been accepted.

Chancellor Choi Personally Denies SJP's Application

50. Weeks later, on October 8, 2024, MSJP received an unexpected email from Michelle Froese, the Interim Dean of Students.

51. In the email, Froese requested a meeting "to understand MSJP's intentions for the parade."

52. Froese stated that the meeting would include the University's Chancellor Dr. Mun Choi, as well as Todd McCubbin, the Executive Director of the Mizzou Alumni Association, and John Middleton, Chancellor Choi's Chief of Staff, and would take place two days later, on October 10th.

53. This meeting between MSJP and University of Missouri officials ultimately took place on October 10, 2024.

54. Despite Froese's representation that Chancellor Choi would be present, Chancellor Choi did not attend the meeting.

55. In fact, Chancellor Choi never directly communicated with MSJP leadership prior to his decision to deny them entry to the parade, as discussed below.

56. In the meeting, University of Missouri officials required of MSJP what they did not require of other student organizations—to explain in painstaking detail all of their plans for the Homecoming Parade.

57. MSJP explained their intent to perform traditional Palestinian dances, hand out bracelets and candy, and hold two banners that respectively read "Ceasefire Now" and "Stop the Genocide."

58. A University of Missouri official told MSJP leaders that Chancellor Choi preferred that they only display "Ceasefire Now" and refrain from displaying "Stop the Genocide," suggesting that the former was a less inflammatory way to express their message than the latter.

59. MSJP responded that they would not change their banners and they did not believe the language was inflammatory.

60. University officials repeatedly voiced vague and baseless concerns over the safety of MSJP members, but never explicitly stated or implicitly suggested that MSJP may be denied its application to participate in the Homecoming Parade.

61. A University of Missouri official told MSJP leadership that its application would be subjected to a unique review process. Unlike every other student organization, Chancellor Choi had the final say on whether MSJP would be allowed to participate in the Homecoming Parade.

62. MSJP was treated different than every other group participating in the parade because of its viewpoint. It was the only parade applicant subjected to this level of scrutiny over its application and the only applicant whose application would be personally vetted by Chancellor Choi.

63. On October 15, 2024, MSJP attended the mandatory meeting for parade participants. After the meeting concluded, Todd McCubbin approached an MSJP leader and informed her that the Mizzou Alumni Association, which he presided over, was ready to approve MSJP's application but that final approval from Chancellor Choi was pending.

64. The next day, on October 16, 2024, Chancellor Choi sent an email to MSJP stating "[a]fter much thought and consultation, *I decided* to deny MSJP's participation in the homecoming parade." (emphasis added).

65. Chancellor Choi further states in the email that he made this decision based on "[a] review of SJP events around the country" and "[e]nsuring the safety of members of the MSJP and homecoming participants and spectators." But Chancellor Choi's safety concerns were pretextual; he had no specific information that MSJP's participation posed a safety risk to anyone and instead sought to exclude MSJP because he opposed the view they expressed.

<u>The Homecoming Parade Takes Place, with All Kinds of Diverse and Controversial Views on Display</u>

66. The Mizzou Homecoming Parade took place on October 19, 2024 without MSJP.

67. Entities across the spectrum—from local businesses to student organizations—participated in the Homecoming Parade.

68. Examples of participants in the parade and their messages include:

    a. pro-choice and pro-life groups

9

b. a fraternity riding a truck while waving "TRUMP" and "MAKE AMERICA GREAT AGAIN" flags;

c. the Bratten School of Irish Dance participated, and its participants exhibited an Irish step dance;

d. floats for the Republican candidates running for office in Missouri, including then candidate for Governor Mike Kehoe, who has repeatedly expressed his views in support of Israel during its ongoing destruction of Gaza;

e. local unions;

f. the International Student Council;

g. sororities and fraternities, including one sorority that carried several "MAKE AMERICA GREAT AGAIN" flags, and a Donald Trump-themed float;

h. the Legion of Black Collegians;

i. the mid-Missouri Pride Fest;

j. a Down Syndrome advocacy organization;

k. Moms Demand Action for Gun Sense in America;

l. Mizzou's Asian American Association;

m. the League of Women Voters;

69. Each of these groups engaged in expression merely by participating in the parade, and many expressed views or represented movements that are controversial or unpopular.

70. But the only group forbidden from the parade was MSJP, and the only view forbidden from being expressed was a view in support of Palestinians.

71. Not only did Chancellor Choi forbid MSJP from participating, but he also forbade even some references to Palestine by other student groups that were not excluded from the parade

72. Another student group—in solidarity with MSJP—initially agreed to hold the Palestinian flag at the protest, as well as the flags of many other countries.

73. When, however, Chancellor Choi learned about the other student group's intentions, he forbade them from holding the Palestinian flag unless the group also held the Israeli flag.

74. At every turn of the Homecoming Parade, Chancellor Choi sought to suppress pro-Palestine speech.

75. Chancellor Choi's concerns about the physical risk MSJP's participation in the parade posed was pretextual and his true goal was to exclude pro-Palestine political messages from the parade.

76. Prohibited from the parade itself, a handful of MSJP members showed up in the crowd to protest the parade.

77. Specifically, MSJP members stood behind the spectators and held signs reading "Stop the Genocide," "Ceasefire Now," and "Stop Killing Children."

78. While MSJP ultimately desired to present its messages in the Homecoming Parade itself, like each other organization was allowed to, their peaceful participation from the crowd is evidence that—absent Chancellor Choi's decision—MSJP could have peacefully participated in the parade.

The 2025 Homecoming Parade

79. MSJP intends to participate in the 2025 Homecoming Parade and, if permitted to do so, would express the same messages—to demand a ceasefire and call for an end to the

genocide in Gaza—that it was forbidden from expressing last year. To that end, MSJP has completed the application to participate in the parade and will join the parade if permitted.

80. The expression of political messages at the Homecoming Parade is a well-established tradition at the Univerisity. This means that MSJP's participation in the 2025 parade and desire to express the pro-Palestine view the student group exists to express are compatible with the University's new rules about the 2025 Homecoming Parade.

81. Those rules include a set of topics that student group's are supposed to address in their parade presentation, including: "A. Celebrate MU's traditions and accomplishments; B. Cultivate alumni connections to the institution; C. Honor University-selected achievements of MU students, personnel, and/or alumni; D. Rally support and enthusiasm for the Homecoming football game."[6][7]

82. MSJP's participation in the 2025 Homecoming Parade fits within the topics the University has settled on. If permitted, MSJP's participation in the parade would celebrate the University's traditions of free expression by embodying them. Similarly, allowing MSJP to participate in the parade would cultivate support among pro-Palestine alumni who would be heartened by MSJP's participation in such a salient event.

83. The Homecoming Parade Policy charges the Mizzou Alumni Association and Office of Alumni Engagment with reviewing and approving/denying applications to ensure they "are consistent with the theme / topics of the parade and other applicable policies."[8]

---

[6] *Id.*
[7] Homecoming Parade Policy, at https://www.mizzou.com/s/1002/images/gid1001/editor_documents/Homecoming/2025/homecoming_parade_policy_2.pdf?gid=1001&pgid=61.
[8] *Id.*

84. The Homecoming Parade Policy further charges the Chancellor of the University with "ultimate approval" authority over all applications.

## CAUSE OF ACTION
### Claim I
### 42 U.S.C. § 1983 (First Amendment to the U.S. Constitution)
### Against Chancellor and President Dr. Mun Choi
### (in his individual capacity; damages)

85. Section 1983 provides individuals the right to sue state governments, government employees, and others acting "under color of state law" for civil rights violations.

86. The First Amendment to the Constitution provides that "Congress shall make no law … abridging the freedom of speech."

87. All students at public university campuses have the First Amendment to speak through student organizations.

88. The First Amendment binds the Curators of the University of Missouri and its employees pursuant to the incorporation doctrine of the Fourteenth Amendment.

89. The 2024 Homecoming Parade was an unlimited designated public forum because it is intentionally open to the public for expressive activity and is open to all, not just a particular type of speech of speaker. *See Bowman v. White,* 444 F.3d 967, 975 (8th Cir. 2006) (citing *Perry Educ. Ass'n v. Perry Local Educators' Ass'n,* 460 U.S. 37, 46 (1983)).

90. The government may only impose reasonable time, place, and manner speech restrictions on speech in an unlimited designated public forum, and those restrictions must be narrowly tailored to a significant government interest.

91. Chancellor Choi's decision to exclude MSJP from the 2024 Homecoming Parade was unconstitutional because it was content and speaker specific, so it was not a reasonable time, place, and manner restriction.

92. Chancellor Choi's decision to exclude MSJP from the 2024 Homecoming Parade was also unconstitutional because it did not satisfy intermediate scrutiny. The University did not have a legitimate, significant interest in excluding MSJP from the parade. Even if it did, excluding MSJP from the parade was not a narrowly tailored means to achieve that interest.

93. Viewpoint discrimination is unconstitutional in any setting. *See Bowman*, 444 F.3d at 976 (citing *American Civil Liberties Union of Nevada v. City of Las Vegas*, 333 F.3d 1092, 1098 (9th Cir.2003)).

94. So, regardless of the forum the Homecoming Parade is deemed to be, Chancellor Choi's decision to exclude MSJP violates the First Amendment because it is a viewpoint, content, and speaker based restriction.

## Claim II
### 42 U.S.C. § 1983 (First Amendment to the U.S. Constitution)
### Against Chancellor and President Dr. Mun Choi
### (in his official capacity; injunctive relief)

95. The University transformed the 2025 Homecoming Parade to a limited designated public forum by limiting expression to "topics identified by the University" under the 2025 Homecoming Parade policy

96. MSJP's plans for the 2025 Homecoming Parade fall within the topics identified by the University, and MSJP seeks to participate in the parade within the topics defined by the University, but Chancellor Choi is the sole decisionmaker for which groups can enter and use our facilities. The 2025 Homecoming Parade policy does not expressly prohibit because MSJP would intend to communicate messages outside of the messages permitted in the policy.

97. The 2025 Homecoming Parade policy violates the First Amendment because it is viewpoint discrimination and—even in a limited designated public forum—viewpoint discrimination is unconstitutional.

## PRAYER FOR RELIEF

**WHEREFORE,** in light of the foregoing facts and arguments, Plaintiffs respectfully request that this Court:

A. Declare that MSJP's exclusion from the Homecoming Parade was unconstitutional under the First Amendment to the United States Constitution;

B. Enjoin the University from Prohibiting MSJP from participating in the 2025 Homecoming Parade because of the messages MSJP intends to express;

C. Award MSJP compensatory and nominal damages for the violations of its rights and the costs associated with its preparation for the 2024 Homecoming Parade;

D. Award Plaintiff's costs of suit and reasonable attorneys' fees and other expenses under 42 U.S.C § 1988; and

E. Grant such additional relief as the interests of justice may require.

Dated: August 27, 2025　　　　　　　　　　　　　　Respectfully Submitted,

**CAIR LEGAL DEFENSE FUND**

/s/ Lena Masri
Lena F. Masri^
lmasri@cair.com
Gadeir Abbas^*
gabbas@cair.com
Ahmad Kaki^
akaki@cair.com
453 New Jersey Ave., S.E.
Washington, DC 20003
Phone: (202) 742-6420
Fax: (202) 488-0833

**BALDWIN & VERNON**

/s/ Eric Vernon
Kevin Baldwin, MO Bar 49101
Eric Vernon, MO Bar 47007
Sylvia Hernandez, MO Bar 70670

Holly Vnnostran, Mo Bar 75546

BALDWIN & VERNON
108 S Pleasant St.
Independence, MO 64050
Tel: (816) 842-1102
Fax (816) 842-1104
Kevin@bvalaw.net
Eric@bvalaw.net
Sylvia@bvalaw.net
Holly@bvalaw.net

*Licensed in VA, not D.C.
Practice limited to federal matters
^Admission Application Forthcoming

Counsel for Plaintiff