IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

**Mizzou Students for Justice in Palestine**;

    Plaintiff,

v.

**Dr. Mun Y. Choi**, President of the University of Missouri School System and Chancellor of the University of Missouri, in his individual and official capacity;

    Defendant.

**Case No. 2:25-cv-04184-SRB**

### NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

Pursuant to FED. R. CIV. P. 65(a) and for the reasons set forth in the accompanying Suggestions in Support, Plaintiff seeks a Preliminary Injunction to enjoin Defendant University of Missouri System President and University of Missouri Chancellor Dr. Mun Choi from denying MSJP's application to participate in the University of Missouri's 2025 Homecoming Parade.

Dated: September 9, 2025

Respectfully Submitted,

**CAIR LEGAL DEFENSE FUND**

/s/ Lena Masri
Lena Masri
lmasri@cair.com
Gadeir Abbas*
gabbas@cair.com
Ahmad Kaki*
akaki@cair.com
453 New Jersey Ave., S.E.

1

Washington, DC 20003
Email: ldf@cair.com
Phone: (202) 742-6420
Fax: (202) 488-0833

**BALDWIN AND VERNON**

/s/ Eric Vernon
Kevin Baldwin, MO Bar 49101
Eric Vernon, MO Bar 47007
Sylvia Hernandez, MO Bar 70670
Holly Vnnostran, Mo Bar 75546

BALDWIN & VERNON
108 S Pleasant St.
Independence, MO 64050
Tel: (816) 842-1102
Fax (816) 842-1104
Kevin@bvalaw.net
Eric@bvalaw.net
Sylvia@bvalaw.net
Holly@bvalaw.net

*Licensed in VA, not D.C.
Practice limited to federal matters*

Counsel for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that, on September 9, 2025, I filed the foregoing document with the Clerk of the Court via the Court's electronic filing system.

/s/ Lena Masri