IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

**Mizzou Students for Justice in Palestine**, )
)
Plaintiff, )
) Case No. 2:25-cv-04184-SRB
v. )
)
**Dr. Mun Y. Choi**, President of the University )
of Missouri School System and Chancellor of )
the University of Missouri, in his individual )
and official capacity, )
)
Defendant. )
)
)

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Defendant Dr. Mun Y. Choi, President of the University of Missouri System and Chancellor of the University of Missouri, in his individual and official capacity ("Defendant," "President Choi," or "the University"), by and through undersigned counsel, respectfully submits this Motion for Leave to File a Document Under Seal and states as follows:

1. MSJP filed their Motion for Preliminary Injunction on September 5, 2025. Dkts. 12, 14.

2. A hearing is scheduled for September 16, 2025, at 1:00pm. Dkt. 15.

3. The University's response to the Motion for Preliminary Injunction is due on September 12, 2025. The University has finalized its response and corresponding exhibits.

4. The University's briefing (including the exhibits) refers to certain personally-identifiable information relating to students at the University, certain student conduct, and certain student conduct incidents.

5. The University moves to redact limited portions of its briefing and the corresponding exhibits.

1

6. The University seeks to seal limited portions of its briefing and exhibits to protect the privacy of its students.

7. The documents contain sensitive PII which the University keeps confidential in the ordinary course of its business, and the public disclosure of which may violate student privacy rights.

8. The University has made every effort to narrowly tailor the requested redactions.

9. The proposed redactions are the minimum necessary to protect student privacy while allowing the public record to remain as complete as possible.

10. The undersigned counsel emailed counsel for MSJP its intent to file certain documents under seal on September 11, 2025 and offered to meet and confer, but as of this filing, no response has been received.

11. The undersigned counsel will email Chambers and opposing counsel redacted and unredacted copies of the briefing.

12. The undersigned counsel has included a proposed order.

Date: September 12, 2025

SHOOK, HARDY & BACON LLP

By: /s/ Christopher R. Wray
Holly Pauling Smith, MO Bar #51340
Christopher R. Wray, MO Bar #66341
Burcu Yalcin Erbaz, MO Bar #74913
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
hpsmith@shb.com
cwray@shb.com
berbaz@shb.com

*Attorneys for Defendant Dr. Mun Y. Choi, President of the University of Missouri School System and Chancellor of the University of Missouri*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2025, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which sent electronic notification of this filing to all attorneys of record.

                                                /s/    Christopher R. Wray
                                                *Attorney for Defendant*