UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

__Central__ DIVISION

MSJP

vs.

Choi

Action Number

Case No. 2:25-cv-04184-SRB

## PLAINTIFF'S EXHIBIT INDEX

| | | | | |
|---|---|---|---|---|
| ✓ | = offered & admitted w/o objection | | Ltd | = admitted for limited purposes |
| Ex | = offered, but objected to and excluded | | X | = offered & admitted over objection |
| DB | = admitted, de bene | | NO | = marked, but not offered |
| | | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | Email re MSJP's 2024 parade plans (Dkt. 14-2) |
| 2 | | | | 2024 Denial Email (Dkt. 14-3) |
| 3 | √ | 9/16/25 | 3:40 pm | Pictures of 2024 Parade (Dkt. 14-4) |
| 4 | | | | 2025 MSJP Parade Application (Dkt. 14-6) |
| 5 | √ | 9/16/25 | | 2025 MSJ Parade Denial (Dkt. 13-1) |
| 6 | √ | 9/16/25 | 2:33 pm | 2025 Parade Policy (Dkt. 14-7) |
| 7 | √ | 9/16/25 | 2:18 pm | List of 2025 Parade Participants |
| 8 | √ | 9/16/25 | 2:04 pm | Isleen Atallah Debate Participation Acknowledgment |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____  _____ Name
Signature