IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **Mizzou Students for Justice in Palestine**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:25-cv-04184-SRB |
| **Dr. Mun Y. Choi**, President of the University of Missouri School System and Chancellor of the University of Missouri, in his individual and official capacity, | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS

Defendant Dr. Mun Y. Choi, President of the University of Missouri School System and Chancellor of the University of Missouri, in his individual and official capacity ("Defendant" or "Dr. Choi"), by and through undersigned counsel, respectfully moves this Court to dismiss Plaintiff Mizzou Students for Justice in Palestine's ("Plaintiff" or "MSJP") Complaint.

In support of this Motion, Dr. Choi states the following grounds:

1. MSJP does not adequately allege organizational standing.

2. MSJP's Count II fails because (a) it does not allege that MSJP lacks an adequate remedy at law, (b) nor does it adequately allege a constitutional violation.

3. Dr. Choi is entitled to qualified immunity on MSJP's Count I because (a) MSJP does not adequately plead a constitutional violation, and (b) there was no clearly established right for MSJP to participate in the 2024 Parade.

For these reasons, and as further articulated in the accompanying Suggestions in Support, Dr. Choi respectfully requests that this Court dismiss MSJP's Complaint.

| | |
|---|---|
| Date: September 18, 2025 | SHOOK, HARDY & BACON LLP |
| | By: */s/ Christopher R. Wray* |
| | Holly Pauling Smith, MO Bar #51340 |
| | Christopher R. Wray, MO Bar #66341 |
| | Burcu Yalcin Erbaz, MO Bar #74913 |
| | 2555 Grand Boulevard |
| | Kansas City, Missouri 64108 |
| | Tel: (816) 474-6550 |
| | Fax: (816) 421-5547 |
| | hpsmith@shb.com |
| | cwray@shb.com |
| | berbaz@shb.com |
| | |
| | *Attorneys for Defendant Dr. Mun Y. Choi, President of the University of Missouri School System and Chancellor of the University of Missouri* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2025, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which sent electronic notification of this filing to all attorneys of record.

*/s/ Christopher R. Wray*
*Attorney for Defendant*